UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. 1:12-CR-1013-1 |
| | § | |
| JULIO CESAR ADAME-TURRUBIATES | § | |

## ORDER

BE IT REMEMBERED on this 6th day of March, 2013, the Court reviewed the file in the above-captioned matter and specifically the Report and Recommendation of the United States Magistrate Judge filed **December 05, 2012**, wherein the defendant **Julio Cesar Adame-Turrubiates** waived appearance before this Court and appeared before the United States Magistrate Judge **Felix Recio** for the taking of a felony guilty plea and Federal Rule of Criminal Procedure Rule 11 Allocution. The magistrate judge recommends that the plea of guilty be accepted by the undersigned, and noting no opposition by defendant **Julio Cesar Adame-Turrubiates** to the Report and Recommendation, the Court enters the following order:

IT IS ORDERED that the Report and Recommendation of the United States Magistrate Judge be and is hereby adopted. The Court finds the Defendant **Julio Cesar Adame-Turrubiates** guilty of the offense of alien unlawfully found in the United States after deportation, having been convicted of a felony, in violation of 8 U.S.C. § 1326(a) and (b)(1).

SO ORDERED this 6th day of March, 2013, at McAllen, Texas.

_____
Randy Crane
United States District Judge